1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 2:12-mj-00306 DAD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER CONTINUING |
| v. | ) | PRELIMINARY HEARING AND |
| | ) | EXCLUDING TIME |
| BROOKE BRUNING, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Brooke BRUNING, by and through his counsel Tim Pori, Esq., that good cause exists to extend the preliminary hearing currently set for November 30, 2012, at 2:00 p.m. to December 28, 2012, pursuant to Federal Rule of Criminal Procedure 5.1(d).

   Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because the defendant will be provided an initial production of discovery within the next week, including surveillance evidence from the drug purchases alleged in the Criminal Complaint.  In addition, the parties have engaged in

1

initial discussions about a possible pre-indictment resolution that would consolidate the current Criminal Complaint.  A pre-indictment resolution could benefit the defendant by significantly reducing her possible sentencing exposure in this case.  Finally, on November 28, 2012, the Court ordered the defendant released to a drug treatment program that will likely last for 90 days.  The parties believe any unnecessary court appearances should be avoided in order to permit the defendant to gain the full advantage of drug treatment and avoid disruption of her treatment.  For these reasons, the defendant agrees that a continuance of the preliminary hearing date will not prejudice her.

The parties further stipulate that the ends of justice are served by the Court excluding time from November 30, 2012, to December 28, 2012, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the defense agrees that it needs additional time to review the discovery and engage in discussions with the government regarding resolution of the case against this defendant, effectively evaluate the posture of the case, and conduct further investigation into mitigation of the defendant's federal sentencing exposure in this case and the forthcoming petition for violations of supervised release.  <u>Id.</u>  For these reasons, the defendant, defense counsel, and the government stipulate and agree

/ / /

/ / /

/ / /

/ / /

1 that the ends of justice outweigh the best interest of the public
2 and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A);
3 Local Code T4.

DATED: November 29, 2012        /s/Jason Hitt
                                JASON HITT
                                Assistant U.S. Attorney

DATED: November 29, 2012        /s/Jason Hitt for Mr. Pori
                                TIM PORI, ESQ.
                                Counsel for defendant
                                Brooke BRUNING
                                Authorized to sign for Mr.
                                Beevers on 11-29-12

1                           O R D E R

2     Based upon the representations by counsel and the stipulation
3 of the parties, **IT IS HEREBY ORDERED** that:

4     1.   The Court finds good cause to extend the Preliminary
5 Hearing in <u>United States v. Bruning</u>, Case No. 2:12-mj-00306 DAD,
6 from November 30, 2012, to December 28, 2012, at 2:00 p.m. pursuant
7 to Federal Rule of Criminal Procedure 5.1(d); and

8     2.   Based upon the representations and stipulation of the
9 parties, the court finds that the time exclusion under 18 U.S.C.
10 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of
11 justice outweigh the best interest of the public and the defendant
12 in a speedy trial based upon the factors set forth in 18 U.S.C.
13 § 3161(h)(7)(B)(iv).  Accordingly, time under the Speedy Trial Act
14 shall be excluded from November 30, 2012, up to and including
15 December 28, 2012.

16     **IT IS SO ORDERED.**
17 November 29, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE