FILED
November 28, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 2:12-mj-00306-DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| BROOKE BRUNING, ) | |
| ) | |
| Defendant. ) | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release Brooke Bruning; Case 2:12-mj-00306-DAD from custody and for the following reasons:

__  Release on Personal Recognizance

__  Bail Posted in the Sum of _____

X   Unsecured Appearance Bond in the amount of $100,000.00; co-signed by defendant's mother, Lila Weaver

__  Appearance Bond with 10% Deposit

__  Appearance Bond secured by Real Property

__  Corporate Surety Bail Bond

X   (Other) Pretrial Supervision/Conditions; **defendant to be released on 11/29/2012 at 9:00 AM to the custody of Pretrial Services to attend The Effort Drug Treatment Program.**

Issued at Sacramento, CA on 11/28/2012 at 3:10 pm

By _____
Kendall J. Newman
United States Magistrate Judge