BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 2:12-mj-00306 DAD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER CONTINUING |
| v. | ) | PRELIMINARY HEARING AND |
| | ) | EXCLUDING TIME |
| BROOKE BRUNING, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Brooke BRUNING, by and through his counsel Tim Pori, Esq., that good cause exists to extend the preliminary hearing currently set for February 28, 2013, at 2:00 p.m. to March 29, 2013, pursuant to Federal Rule of Criminal Procedure 5.1(d).

   Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because the defendant has been provided initial discovery, including surveillance evidence from the drug purchases alleged in the Criminal Complaint.  In addition, the defendant was released to the Effort for 90 days and is currently in treatment and hoping to complete it successfully.  She has had no

1

1  reported violations while at the Effort.  The parties believe any
2  unnecessary court appearances should be avoided in order to permit
3  the defendant to gain the full advantage of drug treatment and avoid
4  disruption of her treatment.  Moreover, the parties have engaged in
5  initial discussions about a possible pre-indictment resolution that
6  would consolidate the current Criminal Complaint.  A pre-indictment
7  resolution could benefit the defendant by significantly reducing her
8  possible sentencing exposure in this case.  For these reasons, the
9  defendant agrees that a continuance of the preliminary hearing date
10 will not prejudice her.
11     The parties further stipulate that the ends of justice are
12 served by the Court excluding time from February 28, 2013, to March
13 29, 2012, so that counsel for the defendant may have reasonable time
14 necessary for effective preparation, taking into account the
15 exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).
16 Specifically, defense counsel and the defendant agree that they need
17 additional time to review the discovery and engage in discussions
18 with the government regarding resolution of the case, effectively
19 evaluate the posture of the case, and conduct further investigation
20 into mitigation of the defendant's federal sentencing exposure.  Id.
21 For these reasons, the defendant, defense counsel, and the
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

government stipulate and agree that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); Local Code T4.

DATED: February 27, 2013          /s/Jason Hitt
                                  JASON HITT
                                  Assistant U.S. Attorney

DATED: February 27, 2013          /s/Jason Hitt for Mr. Pori
                                  TIM PORI, ESQ.
                                  Counsel for defendant
                                  Brooke BRUNING
                                  Authorized to sign for Mr.
                                  Beevers on 02-27-13

O R D E R

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing in <u>United States v. Bruning</u>, Case No. 2:12-mj-00306 DAD, from February 28, 2013, to March 29, 2013, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d); and

2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act shall be excluded from February 28, 2013, up to and including March 29, 2013.

**IT IS SO ORDERED.**

DATE: <u>2/27/2013</u>

/s/Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE