```
BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 2:12-mj-00306 DAD |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER CONTINUING |
| v. ) | PRELIMINARY HEARING AND |
| ) | EXCLUDING TIME |
| BROOKE BRUNING, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Brooke BRUNING, by and through his counsel Tim Pori, Esq., that good cause exists to extend the preliminary hearing currently set for March 29, 2013, at 2:00 p.m. to April 29, 2013, pursuant to Federal Rule of Criminal Procedure 5.1(d).

    Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because the defendant has been provided initial discovery, including surveillance evidence from the drug purchases alleged in the Criminal Complaint.  In addition, the defendant recently successfully completed the Effort drug treatment program.  She has had no reported violations while at the Effort.

1

1  The parties believe any unnecessary court appearances should be
2  avoided in order to avoid disruption of her successful treatment and
3  efforts to find a job while on pretrial release.  Moreover, the
4  parties have engaged in productive discussions about a possible pre-
5  indictment resolution that would consolidate the current Criminal
6  Complaint.  A pre-indictment resolution could benefit the defendant
7  by significantly reducing her possible sentencing exposure in this
8  case.  For these reasons, the defendant agrees that a continuance of
9  the preliminary hearing date will not prejudice her.
10       The parties further stipulate that the ends of justice are
11  served by the Court excluding time from March 29, 2013, to April 29,
12  2013, so that counsel for the defendant may have reasonable time
13  necessary for effective preparation, taking into account the
14  exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).
15  Specifically, defense counsel and the defendant agree that they need
16  additional time to review the discovery and engage in discussions
17  with the government regarding resolution of the case, effectively
18  evaluate the posture of the case, and conduct further investigation
19  into mitigation of the defendant's federal sentencing exposure.  <u>Id.</u>
20  For these reasons, the defendant, defense counsel, and the
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

1 government stipulate and agree that the ends of justice outweigh the
2 best interest of the public and the defendant in a speedy trial.  18
3 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.
4
5 DATED: March 28, 2013                /s/Jason Hitt
                                       JASON HITT
6                                      Assistant U.S. Attorney

7 DATED: March 28, 2013                /s/Jason Hitt for Mr. Pori
                                       TIM PORI, ESQ.
8                                      Counsel for defendant
                                       Brooke BRUNING
9                                      Authorized to sign for Mr.
                                       Beevers on 03-28-13

O R D E R

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing in <u>United States v. Bruning</u>, Case No. 2:12-mj-00306 DAD, from March 29, 2013, to April 29, 2013, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d); and

2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act shall be excluded from March 29, 2013, up to and including April 29, 2013.

**IT IS SO ORDERED.**

DATE: March 28, 2013.

*/s/ Allison Claire*

UNITED STATES MAGISTRATE JUDGE